UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAUL B. WILLS,

        Plaintiff,

                              Case No. 21-cv-0455-bhl

   v.

ANDREW SAUL,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant,

## ORDER

       Plaintiff Paul B. Wills has filed a Notice of Appeal of this Court's Decision and Order on his complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed without prepayment of the filing fee on appeal, pursuant to 28 U.S.C. §1915. It appears from his affidavit of indigence that he lacks the financial resources to pay the filing fee. Accordingly, his motion (ECF No. 3) is GRANTED and the filing fee is waived.

       SO ORDERED this 12th day of April, 2021.

                                                  s/ *Brett H. Ludwig*
                                                  Brett H. Ludwig
                                                  United States District Judge